# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MANUEL CHAVEZ ALTAMIRANO,<br><br>Debtor. | Chapter 7<br><br>Case No. 4:20-bk-11836-BMW<br><br>**JUDGMENT** |

This matter having come before the Court for an evidentiary hearing on the *Motion for Sanctions for Violation of the Automatic Stay* (DE 24) on November 17, 2021; the Court having given due consideration to the testimony and evidence presented, and the statements and arguments of counsel; and the Court having entered its findings of fact and conclusions of law in the *Memorandum Decision* (DE 85) issued contemporaneously herewith; the Court enters Judgment as set forth below:

**IT IS HEREBY ORDERED** entering judgment in favor of the Debtor, Manuel Chavez Altamirano, and against Arizona Fleet IM, LLC, as follows:

1) Actual damages in the sum of $1,500.00;

2) Punitive damages in the amount of $2,500.00; and

3) Attorneys' fees in the total sum of $14,103.00, with $12,903.00 payable to Mortensen Law Offices, PLLC and $1,200.00 payable to Daniel J Rylander PC.

**DATED AND SIGNED ABOVE.**